JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| DOMINATOR SCOOTER ACCESSORIES, INC., | ) | Case No.: EDCV13-01128 MWF (SPx) |
| Plaintiff, | ) | |
| v. | ) | **FINAL JUDGMENT** |
| GRAVITY GROUP, INC., and PHOENIX SPORTS, INC., | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| DOMINATOR SCOOTER ACCESSORIES, INC., | ) | Case No.: EDCV13-01129 MWF (SPx) |
| Plaintiff, | ) | |
| v. | ) | **FINAL JUDGMENT** |
| METAL CORE DISTRIBUTION PTY., LTD., d/b/a ENVY SCOOTERS; and ENVY SCOOTERS, PTY., LTD., f/k/a METAL CORE DISTRIBUTION PTY., LTD. | ) | |
| Defendants. | ) | |

Defendants Gravity Group, Inc. and Phoenix Sports, Inc.'s Motion to Confirm Arbitration Award (CV No. 13-1128 (Docket No. 22)) and Defendants Metal Core Distribution Pty., Ltd. and Envy Scooters, Pty., Ltd.'s Motion to Confirm Arbitration Award (CV No. 13-1129 (Docket No. 27)) came on regularly for hearing on November 3, 2014. The Court, having read and considered the papers, and having heard the arguments of counsel, issued an Order confirming the Arbitration Award and entering judgment on November 5, 2014. (CV No. 13-1128 (Docket No. 27); CV No. 13-1129 (Docket No. 31)).

In light of the foregoing, in accordance with the Court's Order dated November 5, 2014, confirming the Arbitration Award, and pursuant to Rule 58(d) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, the Motions are GRANTED.
2. The August 12, 2014 Final Award issued by the Hon. Terry B. Friedman (Ret.) is confirmed in its entirety.
3. Dominator Scooter Accessories, Inc. ("DSA") failed to establish any of its claims against Defendants;
4. DSA and Eastward Sports Group Inc. ("Eastward") merged;
5. DSA breached the parties' Agreement by assigning it to Eastward;
6. Metal Core was entitled to terminate the parties' Agreement and did so properly;
7. Defendants are the prevailing parties in the underlying arbitration;
8. As the prevailing parties, Defendants are entitled to judgment in the amount of $402,308.23;
9. The prevailing parties shall further recover from DSA prejudgment interest at a rate of 10% per annum for a daily rate of $110.22 from August 13, 2014 through November 5, 2014.

1   10. The total amount of the judgment, including prejudgment interest, is
2       $411,566.71; and
3   11. Post-judgment interest on the sum of $411,566, 71, commencing on
4       November 6, 2014, is awarded at the prevailing rate, until the judgment is
5       paid.

December 15, 2014
Date

*[signature: Michael W. Fitzgerald]*

MICHAEL W. FITZGERALD
United States District Judge